AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Sarah Smith,<br>*Plaintiff*<br>v.<br>Commissioner Social Security Administration,<br>*Defendant* | Civil Action No.   8:14-cv-00370-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the decision of the Commissioner to deny benefits is reversed and the action is remanded to the Commissioner for further administrative action.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks.

Date:   May 7, 2015                                       *ROBIN L. BLUME, CLERK OF COURT*

                                                          s/Ashley Buckingham, Deputy Clerk
                                                          *Signature of Clerk or Deputy Clerk*